**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**26-CR-80073-ARTAU/REINHART**
CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. §§ 924(c)(1)(A)(ii) and (iii)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**LENGUINYER GUEVARA-MURO and**
**WILLANGEL MALEYKER MARTINEZ-SANOJA,**

**Defendants.**
_____/

FILED BY_____*BM*_____D.C.

*Apr 9, 2026*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Commit Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

From in or around December 2024, through on or about December 7, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**LENGUINYER GUEVARA-MURO and**
**WILLANGEL MALEYKER MARTINEZ-SANOJA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of an article and commodity in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants and their co-conspirators did unlawfully plan and agree to take property from the person and in the presence of a person employed by a business engaging in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
### Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about December 7, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

### LENGUINYER GUEVARA-MURO and
### WILLANGEL MALEYKER MARTINEZ-SANOJA,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain property from the person and in the presence of a person employed by BUSINESS 1, located on Lyons Road, in Boynton Beach, Florida, a business engaging in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to said person, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3
### Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. §§ 924(c)(1)(A)(ii) and (iii))

On or about December 7, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

### LENGUINYER GUEVARA-MURO and
### WILLANGEL MALEYKER MARTINEZ-SANOJA,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

2

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii), it is further alleged that the firearm was brandished and discharged.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **LENGUINYER GUEVARA-MURO** and **WILLANGEL MALEYKER MARTINEZ-SANOJA,** have an interest.

2.      Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 1951, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

[SPACE INTENTIONALLY LEFT BLANK]

3

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** __26-CR-80073-ARTAU/REINHART__

v.

LENGUINYER GUEVARA-MURO, et al.

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /

**Superseding Case Information:**

Defendants.

New Defendant(s) (Yes or No) _____

**Court Division** (select one)

Number of New Defendants _____

☐ Miami   ☐ Key West   ☐ FTP

Total number of new counts _____

☐ FTL   ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   ☐   0 to 5 days
   II  ☑   6 to 10 days
   III ☐   11 to 20 days
   IV  ☐   21 to 60 days
   V   ☐   61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No._____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No._____

9. Defendant(s) in federal custody as of Guevara-Muro (9/2/25); Martinez-Sanoja (4/11/25)

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____ (For)

AJAY J. ALEXANDER
Assistant United States Attorney
SDFL Court ID No.   A5502506

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   LENGUINYER GUEVARA-MURO

**Case No**: _____

Count 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment:** 20 Years'
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years'
* **Max. Fine:** $250,000

Count 2

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment:** 20 Years'
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years'
* **Max. Fine:** $250,000

Count 3

Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 Years' (Consecutive)
* **Max. Supervised Release:** 5 Years'
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   WILLANGEL MALEYKER MARTINEZ-SANOJA

**Case No**: _____

Count 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment:** 20 Years'
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years'
* **Max. Fine:** $250,000

Count 2

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)
* **Max. Term of Imprisonment:** 20 Years'
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years'
* **Max. Fine:** $250,000

Count 3

Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 Years' (Consecutive)
* **Max. Supervised Release:** 5 Years'
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**